SCWC-12-0000517

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARY JO FRYE,
Respondent/Plaintiff-Appellee,

vs.

C. MIKAHALA KERMABON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000517; CIVIL NO. 07-1-0455(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on October 3, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 13, 2013.

C. Mikahala Kermabon,
pro se petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

